UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BRIAN EDWARD LEATH, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-06-276 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

## ORDER TO PRODUCE DOCUMENTS OR FILE A RESPONSE

Respondent has moved for summary judgment on petitioner's claims (D.E. 11). Petitioner reported that respondent has relied, in his motion, on documents that were not provided to him and moves the court for an order that he be provided with copies of such documents (D.E. 13). Within twenty days of the date of this order, respondent shall provide to petitioner the copies requested and file his proof of compliance. In the alternative respondent shall file a written response to petitioner's motion for production of documents within twenty days. Rule 7, Rules Governing Section 2254 Cases. Petitioner's response to the motion for summary judgment is due twenty days after receiving the documents requested.

ORDERED this 14th day of September, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE